No. 18, original. NEW JERSEY *v.* CITY OF NEW YORK. Motion submitted October 7, 1929. Motion granted October 14, 1929. The motion for the appointment of a special master is granted; and the Honorable Edward K. Campbell is appointed special master in this cause, with power to summon witnesses, issue subpoenas, and to take such testimony as may be introduced and such as he may desire to call. The master is directed to make findings of fact and conclusions of law, and to submit the same to this Court with all convenient speed, together with his recommendations for a decree. The findings, conclusions, and recommendations of the master shall be subject to consideration, revision, or approval by the Court. *Messrs. Duane E. Minard* and *Wm. A. Stevens* for complainant. *Mr. Arthur J. W. Hilley* for defendant.